FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 03, 2026

SEAN F. McAVOY, CLERK

Todd Blanche
Acting Attorney General of the United States
Michael J. Ellis
Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY EVERYBODYTALKSABOUT,<br><br>Defendant. | 2:26-CR-69-RLP<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of a Firearm and Ammunition<br><br>18 U.S.C. § 924(d)(1),<br>28 U.S.C. § 2461(c)<br>Forfeiture Allegation |

The Grand Jury charges:

On or about November 8, 2025, in the Eastern District of Washington, the Defendant, GREGORY EVERYBODYTALKSABOUT, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a Winchester Model 70, 7mm WSM rifle, bearing serial number G2440222, and ammunition, to wit: at least one round of Hornady 7mm Remington Magnum ammunition, which firearm and ammunition had theretofore been shipped and transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 1

NOTICE OF FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction for an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as charged in this Indictment, the Defendant, GREGORY EVERYBODYTALKSABOUT, shall forfeit to the United States of America any firearm or ammunition involved or used in the commission of the offense, including, but not limited to:

- a Winchester Model 70, 7mm WSM rifle, bearing serial number G2440222, and any seized ammunition.

DATED this ___3___ day of June 2026.



Todd Blanche
Acting Attorney General

Alison L. Gregoire
Criminal Chief

Michael J. Ellis
Assistant United States Attorney

INDICTMENT – 2